[Filed June 8, 1885.]

## STATE OF OREGON *v.* O. F. BECKER.

MOTION FOR NEW TRIAL—APPEAL FROM—MISCONDUCT OF JUROR.—The ruling of the trial court on a motion for a new trial, on the grounds that a juror had drank intoxicating liquors during the trial, and that the evidence was insufficient to justify the verdict, cannot be reviewed on appeal.

MULTNOMAH COUNTY. Defendant appeals. Affirmed.

*Alfred F. Sears, Jr.,* for Appellant.

*John M. Gearin, District Attorney,* for Respondent.

By the Court.—The appellant was convicted of the crime of arson. A motion was made for a new trial, on the ground that one of the jurors had drank intoxicating liquors during the trial, and also on the ground of the insufficiency of the evidence to justify the verdict. The motion was denied, hence this appeal. The questions raised are not the subject of an appeal, as has just been shown in the case of *Kearney* v. *Snodgrass, ante,* p. 311, and the authorities there cited.